```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:04CR3146
     v.                        )
                               )
BRENDA BERG,                   )
                               )            ORDER
              Defendant.       )
                               )
```

IT IS ORDERED:

The pretrial services officer shall investigate defendant's third party custody proposal (filing 15) and make a report to the court and counsel as soon as practicable.

DATED this 12th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge