IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3146 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRENDA DENISE BERG, | ) | |
| Defendant. | ) | |

On the oral motion of counsel for the plaintiff and the defendant,

IT IS ORDERED that Defendant Berg's revocation hearing is rescheduled to Thursday, August 10, 2006, at 1:00 p.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 31, 2006.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge