IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRENDA DENISE BERG, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to appoint counsel (filing 31) is denied.

January 10, 2008.            BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge