## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:04CR3146 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| BRENDA DENISE BERG, | |
| Defendant. | |

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order, because:

   -- The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   -- The Court's findings are based on the evidence contained in the court's records, the statements of defendant's probation officer, and the arguments of counsel.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) A preliminary hearing will be held on July 12, 2011 at 10:00 a.m. before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

June 29, 2011                           BY THE COURT:

                                        *s/Cheryl R. Zwart*
                                        Cheryl R. Zwart
                                        United States Magistrate Judge