IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3146 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BRENDA DENISE BERG, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's request for release on conditions is granted, and

1) The defendant shall comply with all terms and conditions of her supervised release which were imposed at sentencing except as follows:

   On July 26, 2011 at 1:00 p.m., the defendant shall be released from custody to reside at Bristol Station in Hastings, Nebraska. The defendant shall fully comply with all rules of the Bristol Station facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain her pending a prompt hearing before the court.

2) The defendant shall promptly make a concert and sincere effort to obtain employment and shall pay the cost incurred for allowing her to reside at Bristol Station.

3) At 1:00 p.m. on July 26, 2011, the defendant shall be released from custody to Frank Luko, who will transport the defendant directly to the Bristol Station facility.

4) A copy of this order shall be provided to the Marshal.

DATED this 26th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge